## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

WILLIAM STOKES,  PLAINTIFFS
ADC # 152752; *et al.*

v.  2:15CV00086-JM-JJV

J. R. SMITH, Sheriff,
Cross County Jail; *et al.*  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiffs James Huffins and Carl Lee Ward are DISMISSED without prejudice for failure to submit the statutory filing fee.

2. Defendant J. R. Smith is DISMISSED without prejudice for Plaintiff Stokes' failure to state any viable claim against him.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 11th day of August, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE