**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM STOKES, ADC # 152752; *et al.* | PLAINTIFFS |
| v.    2:15CV00086-JM | |
| J. R. SMITH, Sheriff, Cross County Jail; *et al.* | DEFENDANTS |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 27) is GRANTED.

2. Plaintiff's claims against Defendants Michael Bachand and Mike Jones are DISMISSED without prejudice.

DATED this 27th day of January, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE